NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5034

WILLIAM HYDE,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in
08-CV-027, Judge Thomas C. Wheeler

ON MOTION

Before LINN, Circuit Judge.

ORDER

William Hyde moves for default against the United States "for total lack of filing required brief due April 10, 2009."

The United States filed its brief on April 10, 2009.  Thus, the motion is denied.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

**MAY - 1 2009**
_____
Date

cc:   William Hyde
       Kirby W. Lee, Esq.
s17

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

MAY - 1 2009

JAN HORBALY
CLERK